UNITED STATES DISTRICT COURT FILED BY____
WESTERN DISTRICT OF TENNESSEE _____.D.C.
WESTERN DIVISION  05 NOV 23 PM 3: 32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W.D. OF TN, MEMPHIS

**JEANNETTE PORTER,**
Mother and next friend of Jonathan Vashon Porter,
a minor,

**JUDGMENT IN A CIVIL CASE**

    **Plaintiff,**

v.

**THE SPRING AIR COMPANY,**

**CASE NO: 2:05cv2674-B**

    **Defendant.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Notice Of Dismissal Without Prejudice entered on November 22, 2005, this cause is hereby dismissed without prejudice.

**APPROVED:**

J. DANIEL BREEN
UNITED STATES DISTRICT COURT

11/23/06
**Date**

THOMAS M. GOULD

**Clerk of Court**

**(By)  Deputy Clerk**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-23-05  (3)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02674 was distributed by fax, mail, or direct printing on November 23, 2005 to the parties listed.

William B. Raiford
MERKEL & COCKE
P.O. Box 1388
Clarksdale, MS 38614

Honorable J. Breen
US DISTRICT COURT